# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136424

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS HARVEY, MARY P. HARVEY,
DAVID S. BOYER, GREG KATALENICH,
Personal Representative for the Estate of
Kathleen Mick Brown, Deceased, HUGH
HOWLETT, LORI HOWLETT, and
DAVID DISMONDY,
       Plaintiffs/Counter-
       Defendants-Appellees,

v

ROGER L. CURTIS and SUSAN CURTIS,
       Defendants/Counter-
       Plaintiffs-Appellants.

SC: 136424
COA: 272433
Oakland CC: 2004-055238-CH

_____/

      On order of the Court, the application for leave to appeal the April 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

l0721